IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20194
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KENNETH CLARK FRANCIS, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-123-1
- - - - - - - - - -

March 29, 1999

Before KING, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Kenneth Clark Francis, Jr., challenges the sufficiency of the evidence supporting his convictions for aiding and abetting mail fraud.  He contends that because the evidence was not sufficient to prove that he aided and abetted the commission of mail fraud, his conviction for use of fire to commit a felony must be reversed.  Our review of the evidence discloses that the evidence was sufficient to sustain Francis' convictions.  *See*

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*United States v. Carona*, 108 F.3d 565, 574-76 (5th Cir. 1997).

Francis' convictions are AFFIRMED.